# EXHIBIT A-1



NB140524 / JK PAN P8944

# **EXHIBIT A-2**



NB141051 / NRD 3633

# **EXHIBIT A-3**



**Neman Brothers & Associates**

TOP

Project name

Repeat size

NB141052x4-R

[13.2491, 15.9997] Inch

H10



# EXHIBIT A-4



# <u>EXHIBIT A-5</u>


Neman Brothers & Associates

NB170118 (16in from NB161107)
[13.8376, 16.0000] Inch

TOP



13.8376 Inch



# **EXHIBIT A-6**

Nieman Brothers & Associates

NB170268 (from NB170239)
[15.7834, 25.249] Inch

TOP

# **EXHIBIT A-7**

Noman Brothers & Associates





# **EXHIBIT B-1**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-999-334**

**Effective Date of Registration:**
December 12, 2014

## Title

**Title of Work:** AUGUST 2014 FLORALS

**Content Title:** NB10631X4
NB130606X3
NB140810
NB140518
NB140518X
NB140524
NB140804
NB140665
NB140665X2

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 30, 2010
**Nation of 1st Publication:** United States

## Author

● **Author:** NEMAN BROTHERS
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST., LOS ANGELES, CA 90015, United States

## Rights and Permissions

**Organization Name:** NEMAN BROTHERS
**Address:** 1525 S. BROADWAY ST.
LOS ANGELES, CA 90015 United States

# **EXHIBIT B-2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Peyle Clapptt*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-282-900**

**Effective Date of Registration:**
April 28, 2016

## Title

**Title of Work:** "2015 FEBRUARY COLLECTION, PART #2"

**Content Title:** NB140606X6,NB140638X2,NB140663,NB140728X2,NB140808,NB141045X,
NB141049,NB141051,NB141052X,NB141054,NB141057,NB141057X,NB141
061,NB141102,NB141102X,NB141103,NB141106,NB141107,NB141124X,N
B141206X4

## Completion/Publication

**Year of Completion:** 2015

## Author

• **Author:** NEMAN BROTHERS & ASSOCIATES
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS & ASSOCIATES
1525 S. BROADWAY ST., LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Organization Name:** NEMAN BROTHERS & ASSOCIATES
**Address:** 1525 S. BROADWAY ST.
LOS ANGELES, CA 90015 United States

## Certification

**Name:** Yoel Neman
**Date:** April 22, 2016

# **<u>EXHIBIT B-3</u>**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teal*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-324-200**

**Effective Date of Registration:**
October 24, 2016

## Title

**Title of Work:**  September 2016 Collection

**Content Title:**  NB811X3
NB937X12
NB6126X3
010119EX
010925X2
NB10310X10
NB110218X7
NB140524X3
NB140657X2
NB140661X8
NB141052X3
NB141052X4
NB150510X
NB150605X
NB151027X2
NB151030X2
NB160318X2
NB160409X2
NB160412
NB160414X2
NB160419X
NB160430X
NB160614X4
NB160812
NB160817
NB160817X
NB160901
NB160902X
NB160903
NB160904
NB160904X
NB160910

## Completion/Publication

**Year of Completion:**  2016

# **EXHIBIT B-4**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Claytt*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-304-334**

**Effective Date of Registration:**
January 13, 2017

**Title**
_____

**Title of Work:** 2016 DECEMBER ARTWORKS

**Content Title:** NB110955X
NB141058X2
NB150230X6
NB150228X2
NB151015X5
NB160424X3
NB160428X4
NB160518X2
NB160612X2
NB160708X2
NB160818X
NB161009
NB161010X
NB161011
NB161026
NB161106

**Completion/Publication**
_____

**Year of Completion:** 2016

**Author**
_____

• **Author:** NEMAN BROTHERS AND ASSOCIATES
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

**Copyright Claimant**
_____

**Copyright Claimant:** NEMAN BROTHERS AND ASSOCIATES
1525 S. BROADWAY ST., LOS ANGELES

**<u>EXHIBIT B-5</u>**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-317-742

**Effective Date of Registration:**
March 03, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 2017 FEBRUARY ARTWORK |
| **Content Title:** | NB161014 |
| | NB161025 |
| | NB161027 |
| | NB161029 |
| | NB161033 |
| | NB161107 |
| | NB161107X |
| | NB170108 |
| | NB170109 |
| | NB170110 |
| | NB170111 |
| | NB170112X2 |
| | NB170112 |
| | NB170112X |
| | NB170113 |
| | NB170114 |
| | NB170115 |
| | NB170116 |
| | NB170117 |
| | NB170118 |

NB170119

NB170120

NB170121

NB170122

NB170123

NB170124

NB170125

NB170126

NB170127

NB170128

NB170129

NB170130

NB170131

NB170132

NB170133

NB170134

NB170136

NB170137

NB170138

NB170139

NB170140

NB170141

NB170142

NB170143

NB170144

NB170145

NB170146

NB170147

NB170148

NB170149

NB170150

NB170151
NB170152
NB170201
NB170202
NB170203
NB170204
NB170205
NB170206
NB170207
NB170209
NB170210
NB170211
NB170212
NB170213
NB170214
NB170215
NB170216
NB161027
NB170222
NB170231
NB170232
NB170233
NB170235
NB170236
NB170237
NB170238
NB170239
NB170240
NB170241
NB170246

NB170247

NB170248

NB170249

NB170253

NB170254

NB170255

NB170256

NB170257

NB170258

NB170259

NB170261

NB170263

NB170264

NB170265

NB170267

NB170268

NB170269

NB170270

NB170271

NB170272

NB170273

NB170274

NB170275

NB170276

NB170277

NB170278

NB170279

## Completion/Publication

**Year of Completion:**    2017

## Author

- **Author:** NEMAN BROTHERS
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST, LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Telephone:** (213)765-0100

## Certification

**Name:** YOEL NEMAN
**Date:** February 28, 2017

**Copyright Office notes:** Basis for Registration: Unpublished collection

# **EXHIBIT B-6**



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-268-084**

**Effective Date of Registration:**
March 31, 2017

## Title

**Title of Work:**   2017 MARCH ARTWORK

## Completion/Publication

**Year of Completion:**   2015

## Author

• **Author:**   NEMAN BROTHERS & ASSOCIATES
**Author Created:**   2-D artwork
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   NEMAN BROTHERS & ASSOCIATES
1525 S. BROADWAY ST., LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Organization Name:**   NEMAN BROTHERS & ASSOCIATES
**Name:**   YOEL NEMAN
**Email:**   yoel@neman.com
**Address:**   1525 S. BROADWAY ST.
LOS ANGELES, CA 90015 United States

## Certification

**Name:**   YOEL NEMAN
**Date:**   May 11, 2016

**Correspondence:**   Yes
**Copyright Office notes:**   Basis for Registration: Unpublished collection

Page 1 of 1

**Neman Brothers & Associates**
1525 S. Broadway St.
Los Angeles, CA. 90015
Phone: (213) 765-0100
Email: adelso@neman.com  Ext# 611

MARCH, 2017
**U.S. COPYRIGHT OFFICE**

Please refer to the list below for all the patterns needing to be copyrighted for our
group of **"2017 MARCH ARTWORK"**

**TITLE OF WORK :** "2017 MARCH ARTWORK"
**NATURE OF WORK: TEXTILE PRINTS**
**CONTENT TITLES:**

| | | | |
|---|---|---|---|
| NB170349 | NB170377 | NB170304 | NB170332 |
| NB170350 | NB170378 | NB170305 | NB170333 |
| NB170351 | NB170379 | NB170306 | NB170334 |
| NB170352 | NB170380 | NB170307 | NB170335 |
| NB170353 | NB170381 | NB170308 | NB170336 |
| NB170354 | NB170382 | NB170309 | NB170337 |
| NB170355 | NB170383 | NB170310 | NB170338 |
| NB170356 | NB170384 | NB170311 | NB170339 |
| NB170357 | NB170385 | NB170312 | NB170340 |
| NB170358 | NB170386 | NB170313 | NB170341 |
| NB170359 | NB170387 | NB170314 | NB170342 |
| NB170360 | NB170388 | NB170315 | NB170343 |
| NB170361 | NB170389 | NB170316 | NB170344 |
| NB170362 | NB170390 | NB170317 | NB170345 |
| NB170363 | NB170391 | NB170318 | NB170346 |
| NB170364 | NB170392 | NB170319 | NB170347 |
| NB170365 | NB170393 | NB170320 | NB170348 |
| NB170366 | NB170394 | NB170321 | |
| NB170367 | NB170395 | NB170322 | |
| NB170368 | NB170396 | NB170323 | |
| NB170369 | NB170397 | NB170324 | |
| NB170370 | NB170398 | NB170325 | |
| NB170371 | NB170399 | NB170326 | |
| NB170372 | NB160318X4 | NB170327 | |
| NB170373 | NB161014X | NB170328 | |
| NB170374 | NB170301 | NB170329 | |
| NB170375 | NB170302 | NB170330 | |
| NB170376 | NB170303 | NB170331 | |

* Please note that the size of each pattern might have been reduced to be able to view the whole repeat of the pattern.

# **<u>EXHIBIT C-1</u>**





NB140524--PATPAT.COM





**Stylish Floral Print Long-sleeve Nursing Top**

SKU: CN-898-427178-19341895

Color: Beige

Size: XXL

* Round collar * Color contrast * Material: 95%

Wash Symbols

 Hang To Dry

Do Not Bleach

Do Not Dry Clean

Iron, Steam or Dry With LOW HEAT&

Machine Wash COLD Gentle Cycle&

**Interfocus Inc. Made in China**



**PatPat**

# InterFocus Inc.

LotNo.363552-19335200

75% COTTON
25% POLYESTER

WASH WITH COLD

## **<u>EXHIBIT C-2</u>**



PatPat | Daily Deals For Moms                                                                                    Page 1 of 3

English • USD • 🇺🇸 United States        FREE SHIPPING on orders over $35.00        Order Status   Help Center

**PatPat**        Search                              HI, KEIKO    FAVORITES    CART

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Notifications    Account

Orders

Favorites            placed      Processing      Packing      Shipped      Delivered

Rewards                   Please kindly allow us 3-10 business days to process your order.

Pat Points        Fulfilled by PatPat

Wallet                    Trendy Floral Print Maternity Body-con Dress
                          Size:XXL;  Color:Light Purple;  Qty:1
Address Book              $18.99  $25.99

Profile                   Trendy Floral Print Maternity Body-con Dress
                          Size:XXL;  Color:Light Blue ;  Qty:1
Give $5, Get $5           $18.99  $25.99

PatPat Partner            Trendy Floral Print Maternity Body-con Dress
                          Size:XXL;  Color:Pink;  Qty:1
Program                   $18.99  $25.99


Order Details: #PAT-5547555                                Contact Support
Estimated Delivery: 5-12 business days after order shipped


Ship to              1525 S. BROADWAY ST.
                     Los Angeles, California, 90015, United States


Paid With            PayPal (nonnoxoxo@yahoo.com)


https://www.patpat.com/account/order-details?orderId=5547555              8/14/2019

English • USD • 🇺🇸 United States          FREE SHIPPING on orders over $35.00          Order Status

⬭ **PatPat**          Search          HI, KEIKO    FAVORIT

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessor

Women / Maternity / Dresses /



### Trendy Floral Print Maternity Body-co

| Price | ~~$25.99~~ |
|---|---|
| | **$18.99**   - 27% |

Color    🧍 **Pink**    🧍 Light Blue    🧍 Lig

Size

| S | M | L |
|---|---|---|
| XL | **XXL** | |

Bust: 44.9 inch, Waist: 43.3 inch,
Length: 39.4 inch

Qty          -    1    +

Status    **In Stock**

Add to Cart



Maternity Trendy Floral Print Maternity Body-con Dress at PatPat.com Page 1 of 4



English • USD • 🇺🇸 United States       FREE SHIPPING on orders over $35.00       Order Status   Help Center

**PatPat**          Search                          HI, KEIKO      FAVORITES      CART

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Women / Maternity / Dresses /

## Trendy Floral Print Maternity Body-con Dress

Price    ~~$25.99~~

**$18.99**   -27%

Color    Pink        **Light Blue**        Light Purple

Size    S    M    L              Size Chart

XL    **XXL**

Bust: 44.9 inch, Waist: 43.3 inch,
Length: 39.4 inch

Qty    –    1    +

Status    **In Stock**

Add to Cart

6 liked

**Norton**
by Symantec

## Description

^ Round collar
* Material: 80% Cotton, 20% Polyester
* Machine wash, tumble dry



English • USD • 🇺🇸 United States          FREE SHIPPING on orders over $35.00          Order Status    Help Center

PatPat          Search                              HI, KEIKO      FAVORITES      CART

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Women / Maternity / Dresses /

### Trendy Floral Print Maternity Body-con Dress

Price    ~~$25.99~~
         **$18.99**    - 27%

Color    🧍 Pink    🧍 Light Blue    🧍 **Light Purple**

Size     S    M    L    XL    Size Chart
         XXL

Bust: 44.9 inch, Waist: 43.3 inch,
Length: 39.4 inch

Qty      -    1    +

Status   **In Stock**

Add to Cart

6 liked

✓ Norton
by Symantec

## Description

* Round collar
* Material: 80% Cotton, 20% Polyester
* Machine wash, tumble dry
* Imported



NB141051--PATPAT.COM--3COLORS





PatPat

InterFocus Inc.

LotNo.362875-19256935

75% COTTON
25% POLYESTER

WASH WITH COLD





PatPat

InterFocus Inc.
LotNo.32875-13256040
75% COTTON
25% POLYESTER
WASH WITH COLD...

PatPat

65% POLYESTER
35% COTTON
WASH DARK COLOURS
SEPARATELY
MADE IN CHINA

Symbols
Hang To Dry
Do Not Bleach
Do Not Dry Clean
Iron, Steam or Dry With LOW
HEAT &
Machine Wash COLD Gentle
Cycle&

InterFocus Inc. Made in China

**PatPat**

InterFocus Inc.

LotNo.362675-19256945

75% COTTON
25% POLYESTER

WASH WITH COLD

**PatPat**

**Trendy Floral Print Maternity Body-co**
**Dress**
SKU: CN-9510-416519-19256945
Color: Light Purple
Size: XXL
* Round collar * Material: 80% Cotton, 20% P
Wash Symbols

Hang To Dry

Do Not Bleach

Do Not Dry Clean

Iron, Steam or Dry With LOW
HEAT&

Machine Wash COLD Gentle
Cycle&

Interfocus Inc. Made in China

**<u>EXHIBIT C-3</u>**

*$100+10% OFF+10% Cashback*   **FOR NEW CUSTOM**

English   •   USD   •   🇺🇸 United States      FREE SHIPPING on orders over $35.00         Order Status

⭕ **PatPat**      Search                              SIGN IN      FAVORITES

New Arrivals     Baby     Toddler     Kids     Matching Outfits     Women     Home & Accessoı

Women / Maternity / Dresses /

## Pretty Floral Maternity Mini Dress

Price      ~~$35.99~~

**$23.99**   - 33%

Color      Pink      Red      **Black**

Size       S       M       L

           XL

Bust: 35.4 inch, Waist: 31.5 inch,
Length: 35.4 inch

Qty        -    1    +

Status    **In Stock**

Add to Cart



NB141052X4---PATPAT.COM







PatPat

InterFocus Inc.

LotNo.365655-19796899

75% COTTON
25% POLYESTER

WASH WITH COLD

# EXHIBIT C-4

# NB161106-PATPAT.COM



FRONT



BACK

# SIDE BY SIDE GARMENT



 

FRONT AND BACK CARE LABEL



FRONT AND BACK TAG

## **EXHIBIT C-5**

*$100+10% OFF+10% Cashback*  **FOR NEW CUSTOMERS**

English • USD • 🇺🇸 United States    FREE SHIPPING on orders over $35.00    Order Status    Help Center

**⬤ PatPat**    Search    SIGN IN    FAVORITES    CART  3

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Women / Maternity / Dresses /

## Beautiful Allover Floral Maternity Dress

Price  ~~$25.99~~

**$18.99**  - 27%

Color    Black    **Navy**

Size    S    M    L    Size Chart

**XL**

Bust: 108 cm, Hip: 112 cm, Sleeve: 23 cm, Length: 93 cm

Qty    −    1    +

Status    **In Stock**

Add to Cart

582 liked

✔ **Norton**
by Symantec

Description

# NB170118
# SHRT SLV MATERNITY DRESS---PATPAT.COM





FRONT

BACK

# NB170118
## SHRT SLV MATERNITY DRESS---PATPAT.COM

INFRINGING GARMENT

NEMAN ARTWORK
NB170118



# NB170118
# SHRT SLV MATERNITY DRESS---PATPAT.COM

## CLOSE-UPS



**INFRINGING GARMENT**

**ORIGINAL ARTWORK**



# NB170118
# SHRT SLV MATERNITY DRESS---PATPAT.COM





## ALL TAGS ON GARMENT

## **<u>EXHIBIT C-6</u>**

**$100+10% OFF+10% Cashback** **FOR NEW CUSTOM**

English • USD • 🇺🇸 United States     FREE SHIPPING on orders over $35.00     Order Status

 **PatPat**

Search          SIGN IN          FAVORITES

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessor

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



    

## Baby/ Toddler Girl's Striped Floral Pr
## and Denim Shorts

Price   ~~$25.99~~

**$17.99**   - 31%

Color    **Dark Blue**

Size    | 12-18 Months |

| 18-24 Months | 2-3 Years |

| 3-4 Years | **4-5 Years** |

Top Length: 42 cm, Bottom Length:
27 cm, Bust: 32 cm, Waist: 24 cm,
Sleeve: 11 cm

Qty     −  1  +

Status   **In Stock**

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM



FRONT



BACK

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

## NEMAN ARTWORK
## NB170268

## INFRINGING GARMENT



# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

## CLOSE-UPS

**INFRINGING GARMENT**



**ORIGINAL ARTWORK**



# NB170268
## COLD SHOULDER BABY SHIRT---PATPAT.COM






ALL TAGS ON GARMENT

**$100+10% OFF+10% Cashback**   FOR NEW CUSTOMERS

English • USD • 🇺🇸 United States     FREE SHIPPING on orders over $35.00     Order Status   Help Center

**⭕ PatPat**      Search                        SIGN IN      FAVORITES      CART   1

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



### Baby/ Toddler Girl's Floral Allover Ruffled Cuff Dress

Price   ~~$22.99~~

**$15.99**   - 30%

Color    Light Blue

Size    | 9-12 Months | 12-18 Months |        Size Chart

| 18-24 Months | 2-3 Years |

**3-4 Years**

Bust: 60 cm, Waist: 72 cm, Shoulder:
29 cm, Length: 33 cm, Neck: 41 cm

Qty      -    1    +

Status   **In Stock**

Add to Cart

42 liked

 **Norton**

# NB170268
# PEPLEM SHORT SLV TOP---PATPAT.COM



FRONT



BACK

# NB170268
## PEPLEM SHORT SLV TOP---PATPAT.COM

NEMAN ARTWORK
NB170268

INFRINGING GARMENT



# NB170268
# PEPLEM SHORT SLV TOP---PATPAT.COM
# CLOSE-UPS



**INFRINGING GARMENT**

**ORIGINAL ARTWORK**

# NB170268
# PEPLEM SHORT SLV TOP---PATPAT.COM







ALL TAGS ON GARMENT

# **EXHIBIT C-7**



# NB170359
# FLORAL MATERNITY SLIP DRESS---PATPAT.COM



FRONT



BACK

# NB170359
# FLORAL MATERNITY SLIP DRESS---PATPAT.COM

INFRINGING GARMENT

NEMAN ARTWORK
NB170118




# NB170359
# FLORAL MATERNITY SLIP DRESS---PATPAT.COM

 

ALL TAGS ON GARMENT

**<u>EXHIBIT D</u>**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, November 19, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3710698    INTERFOCUS INC.

| | |
|---|---|
| **Registration Date:** | 09/12/2014 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | CAN GAO |
| | 650 CASTRO STREET, STE 120-458 |
| | MOUNTAIN VIEW CA 94041 |
| **Entity Address:** | 650 CASTRO STREET, STE 120-458 |
| | MOUNTAIN VIEW CA 94041 |
| **Entity Mailing Address:** | 650 CASTRO STREET, STE 120-458 |
| | MOUNTAIN VIEW CA 94041 |

A Statement of Information is due EVERY year beginning five months before and through the end of September.

| Document Type ⇕ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 02/21/2019 | |
| SI-COMPLETE | 09/24/2014 | |
| REGISTRATION | 09/12/2014 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|



**F**

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE     ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

_____     _____     _____     _____
DATE                     TYPE/PRINT NAME OF PERSON COMPLETING FORM            TITLE                     SIGNATURE

SI-350 (REV 01/2013)                                                                 APPROVED BY SECRETARY OF STATE



F

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY   STATE   ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-350 (REV 01/2013)                                          APPROVED BY SECRETARY OF STATE



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 20 04:46:06 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [____]  OR  Jump  to record: [____]  **Record 2 out of 3**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | PATPAT |
| **Goods and Services** | IC 035. US 100 101 102. G & S: On-line retail store services featuring a wide variety of consumer goods of others. FIRST USE: 20151203. FIRST USE IN COMMERCE: 20151203 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.07 - Circles with a decorative border, including scalloped, ruffled and zig-zag edges |
| **Serial Number** | 86511901 |
| **Filing Date** | January 23, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 16, 2015 |
| **Registration Number** | 4989570 |
| **Registration Date** | June 28, 2016 |
| **Owner** | (REGISTRANT) Interfocus INC CORPORATION DELAWARE 650 Castro Street. 120-458 Mountain View CALIFORNIA 94041 |
| **Attorney of Record** | Raj Abhyanker |
| **Description of Mark** | The color(s) orange and black is/are claimed as a feature of the mark. The mark consists of the stylized word "PATPAT" in black color; an orange circle looks like quote icon and representing "P" letter for "PATPAT". The icon |

also looks like a bird with a tiny beak that symbolize fun and creative.

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 20 04:46:06 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]    **Record 3 out of 3**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PATPAT

| | |
|---|---|
| **Word Mark** | PATPAT |
| **Goods and Services** | IC 035. US 100 101 102. G & S: On-line retail store services featuring a wide variety of consumer goods of others. FIRST USE: 20151203. FIRST USE IN COMMERCE: 20151203 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86511896 |
| **Filing Date** | January 23, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 16, 2015 |
| **Registration Number** | 4989569 |
| **Registration Date** | June 28, 2016 |
| **Owner** | (REGISTRANT) Interfocus INC CORPORATION DELAWARE 650 Castro Street. 120-458 Mountain View CALIFORNIA 94041 |
| **Attorney of Record** | Raj Abhyanker |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

DMCA Policy

Contact Us



PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.