| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| CHAN YONG JEONG SBN 255244<br>222 S OXFORD AVE<br>LOS ANGELES CA 90004 | (213) 688-2001 | |
| ATTORNEY FOR (Name) Plaintiff | | |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

| SHORT TITLE OF CASE |
|---|
| NEMAN BROTHERS & ASSOC., INC., v. INTERFOCUS, INC., |

| 3605125 | (HEARING) Date | Time | Dept | Case Number:<br>219CV10112 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>Tony Huang |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:

   SUMMONS & COMPLAINT

3. a. PARTY SERVED: INTERFOCUS, INC. A DELAWARE CORPORATION

   b. CAN GAO, AGENT FOR SERVICE

4. ADDRESS: 650 CASTRO ST STE 120-458
   MOUNTAIN VIEW CA 94041

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON 12/18/2019 AT 3:20:00 PM
   b. BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:

   NINA (DOE), PERSON APPARENTLY IN CHARGE
   HISPANIC FEMALE 30YRS 140LBS. BROWN HAIR
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF: INTERFOCUS, INC. A DELAWARE CORPORATION

   CAN GAO, AGENT FOR SERVICE

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)

7a. Person Serving: Daniel J. Massimillo
   b. DDS Legal Support
   2900 Bristol St
   Costa Mesa, Ca 92626
   c. (714) 662-5555

   d. The fee for service was $106.67
   e. I am:
   (1) not a registered California process server:
   (3) X registered California process server:
   (i) Independent Contractor
   (i) Registration No: 1733
   (l) County: SANTA CLARA

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Daniel J. Massimillo
   1/10/2020

   SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

PROOF OF SERVICE

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| CHAN YONG JEONG SBN 255244<br>222 S OXFORD AVE<br>LOS ANGELES  CA  90004 | (213) 688-2001 | |
| ATTORNEY FOR (Name  Plaintiff | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>NEMAN BROTHERS & ASSOC., INC.,v. INTERFOCUS, INC., | | |
| 3605125    (HEARING) Date    Time    Dept | | Case Number:<br>219CV10112<br>REFERENCE NO.<br>Tony Huang |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON  12/19/2019

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

INTERFOCUS, INC. A DELAWARE CORPORATION

CAN GAO, AGENT FOR SERVICE
650 CASTRO ST STE 120-458
MOUNTAIN VIEW     CA      94041

DECLARANT:  MONICA FIGUEROA

d. The fee for service was      $106.67
e. I am:
(1) X  not a registered California process server:
(3)    registered California process server:
   (i) Employee
   (i) Registration No:
   (i) County:  Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  MONICA FIGUEROA

1/10/2020

SIGNATURE

PROOF OF SERVICE