CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035

Attorneys for Plaintiff, NEMAN BROTHERS & ASSOC., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: Case 2:19-cv-10112-SK<br><br>**FIRST STIPULATION TO AN EXTENSION OF THE DUE DATE FOR DEFENDANT'S RESPONSIVE PLEADING**<br><br>**Jury Trial Demanded** |

THE PARTIES IN THIS CASE THROUGH THEIR COUNSELS hereby submit this stipulation to an extension of the due date for Defendant Interfocus, Inc. ("Defendant")'s filing a responsive pleading as below.

WHEREAS Plaintiff filed a proof of service of summons (Docket No. 9) executed by a registered California process server setting forth Defendant's due date for filing its responsive pleading on 1/8/2020;

WHEREAS Defendant disputes the personal service occurred on the date stated in the proof of service;

WHEREAS the parties are willing to explore the chance of settlement instead of incurring attorney fees and costs in disputing the service of summons, filing a responsive pleading and conducting discovery; and

WHEREAS Defendant needs to collect data for settlement discussion, from China, where the businesses are temporarily not operating for about 3 weeks, due to Chinese Spring Festival holiday and Corona virus;

The parties therefore hereby stipulate that Defendant's due date for its responsive pleading be extended to 2/28/2020.

Dated: January 27, 2020    By: /s/ *Chan Yong Jeong*
              Chan Yong Jeong, Esq.
              Attorney for Plaintiff

Dated: January 27, 2020    By: *Bing Ryan*
              Bing Zhang Ryan
              Attorneys for Defendant

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: January 27, 2020    By: /s/ *Chan Yong Jeong*
              Chan Yong Jeong, Esq.
              Attorney for Plaintiff