1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: Case 2:19-cv-10112-SK<br><br>**[PROPOSED] ORDER RE: FIRST STIPULATION TO AN EXTENSION OF THE DUE DATE FOR DEFENDANT'S RESPONSIVE PLEADING**<br><br>**<u>Jury Trial Demanded</u>** |

11
12
13
14
15
16
17

18       HAVING REVIEWED THE PARTIES' STIPULATION, the Court hereby

19   orders that;

20       Defendant's due date for its responsive pleading be extended to 2/28/2020.

21

22       IT IS SO ORDERED.

23

24       Dated:

25                          By:  _____

26                               Honorable Judge Steve Kim

27                               The U.S. District Court

28