UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: Case 2:19-cv-10112-SK<br><br>**ORDER RE: FIRST STIPULATION TO AN EXTENSION OF THE DUE DATE FOR DEFENDANT'S RESPONSIVE PLEADING**<br><br>**Jury Trial Demanded** |

HAVING REVIEWED THE PARTIES' STIPULATION, the Court hereby orders that;

Defendant's due date for its responsive pleading be extended to 2/28/2020.

IT IS SO ORDERED.

Dated: January 28, 2020

By: _____

Honorable Judge Steve Kim
The U.S. District Court

1

ORDER