CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035

Attorneys for Plaintiff, NEMAN BROTHERS & ASSOC., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case Number: Case 2:19-cv-10112-JAK-AGR <br><br> **NOTICE OF LODGING [PROPOSED] ORDER** <br><br> **Jury Trial Demanded** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS;

Please note that Plaintiff has lodged [PROPOSED] ORDER regarding the Parties'
Second Stipulation for Extension of the due date for filing Defendant Interfocus,
Inc.'s responsive pleading (Docket No. 15), as shown in Exhibit A attached hereto.

Dated: March 9, 2020      March 9, 2020      By:     */s/ Chan Yong
Jeong*

                                        Chan Yong Jeong, Esq.
                                        Attorney for Plaintiff