1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

NOTICE OF LODGING [PROPOSED] ORDER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: Case 2:19-cv-10112-JAK-AGR<br><br>**[PROPOSED] ORDER RE: SECOND STIPULATION TO AN EXTENSION OF THE DUE DATE FOR DEFENDANT'S RESPONSIVE PLEADING**<br><br>**Jury Trial Demanded** |

HAVING REVIEWED THE PARTIES' STIPULATION, the Court hereby orders that;

Defendant's due date for its responsive pleading be extended to March 27, 2020.

IT IS SO ORDERED.

Dated:

By: _____
Honorable Judge John A. Kronstadt
The U.S. District Court

1
[PROPOSED] ORDER