```
                                              FILED
                                     CLERK, U.S. DISTRICT COURT

                                            3/11/2020

                                     CENTRAL DISTRICT OF CALIFORNIA
                                     BY: ___CW___ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: Case 2:19-cv-10112-JAK-AGRx<br><br>**ORDER RE SECOND STIPULATION TO AN EXTENSION OF THE DUE DATE FOR DEFENDANT'S RESPONSIVE PLEADING (DKT. 15)** |

Based on a review of the Second Stipulation to an Extension of the Due Date for Defendant's Responsive Pleading ("Stipulation" (Dkt. 15)), sufficient good cause has been shown for the requested relief. Therefore, the deadline for Defendants to respond to the Complaint (Dkt. 1) is extended to March 27, 2020.

**IT IS SO ORDERED.**

Dated:  March 11, 2020        _____
                              John A. Kronstadt
                              United States District Judge