AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 2:19-cv-10112 JAK | United States District Court<br>Central District of California, Western Division |
| DATE FILED 11/26/2019 | 312 North Spring Street, Rm G-8, Los Angeles, CA 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation; | INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive, |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 1-999-334 | AUGUST 2014 FLORALS | NEMAN BROTHERS & ASSOC., INC. |
| 2 | VAu 1-282-900 | 2016 FEBRUARY COLLECTION, PART #2 | NEMAN BROTHERS & ASSOC., INC |
| 3 | VAu 1-324-200 | SEPTEMBER 2016 | NEMAN BROTHERS & ASSOC., INC |
| 4 | VAu 1-304-334 | 2016 DECEMBER ARTWORKS | NEMAN BROTHERS & ASSOC., INC |
| 5 | VAu 1-317-742 | 2017 FEBRUARY ARTWORK | NEMAN BROTHERS & ASSOC., INC |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED 11/26/2019 | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | VAu 1-268-084 | 2017 MARCH ARTWORK | NEMAN BROTHERS & ASSOC., INC |
| 2 | | | NEMAN BROTHERS & ASSOC., INC |
| 3 | | . | NEMAN BROTHERS & ASSOC., INC |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment<br>Notice of Voluntary Dismissal | WRITTEN OPINION ATTACHED<br>☐ Yes ☑ No | DATE RENDERED<br>4/3/2020 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>4/6/2020 |

3) Upon termination of action,
mail copy to Register of Copyrights